UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| WILLIAM SCOTT DAVIS, JR., <br>     Plaintiff, <br> v. <br><br> STATE OF NORTH CAROLINA, et al., <br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) | No. 5:11-CT-3258-F |
| WILLIAM SCOTT DAVIS, Jr., <br> and (a minor) J.F.D., suing by her and <br> next friend, <br>     Plaintiffs, <br><br> v. <br><br> CHARLOTTE MITCHEL, individually <br> and as Guardian Ad Litem of J.F.D., <br> appointed by the Court; *et al.*, <br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | No. 5:12-CV-493-F |
| WAKE COUNTY HUMAN SERVICES, <br>     Plaintiff, <br><br> v. <br><br> WILLIAM SCOTT DAVIS, JR., <br>     Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | No. 5:14-CV-3-F |
| WAKE COUNTY HUMAN SERVICES, <br>     Plaintiff, <br><br> v. <br><br> WILLIAM SCOTT DAVIS, JR., <br>     Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | No. 5:14-CV-4-F |

| | |
|---|---|
| WAKE COUNTY HUMAN SERVICES, )<br>Plaintiff, )<br>)<br>v. )<br>WILLIAM SCOTT DAVIS, JR., )<br>Defendant. ) | No. 5:14-CV-5-F |
| STATE OF NORTH CAROLINA, )<br>Plaintiff, )<br>)<br>v. )<br>)<br>WILLIAM SCOTT DAVIS, JR., )<br>Defendant. ) | No. 5:14-CV-7-F |

William Scott Davis, Jr., has filed another motion seeking relief under Rule 60(b) of the Federal Rules of Civil Procedure in each of the above-captioned actions. The court has reviewed the motion and the applicable law, and finds that Davis is not entitled to relief under Rule 60(b). The Motion is therefore DENIED.

This case is closed. Davis has filed a notice of appeal with regard to the court's previous order denying Davis's motion seeking Rule 60 relief. To the extent he wishes to bring new matters before the court, he may file a new complaint, provided that he complies with the pre-filing injunction that the court has issued.

Again, this case is closed. Davis may file an appeal from this order. With the exception of a notice of appeal filed with regard to this order, the Clerk of Court is DIRECTED to not accept any new filings in the above-captioned cases. The Clerk of Court is DIRECTED to enter this order in each of the above-captioned actions.

2

Case 5:14-cv-00007-F   Document 49   Filed 08/26/15   Page 2 of 3

SO ORDERED.

This, the 26' day of August, 2015.

                                  _____
                                  JAMES C. FOX
                                  Senior United States District Judge